1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL MURPHY, a California
     resident; and ALIXPARTNERS,
12   LLC, a Michigan LLC,
                                        NO. CIV. S-05-2026 LKK/GGH
13           Plaintiffs,

14       v.                             **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER**
15   MESIROW FINANCIAL CONSULTING, LLC; **NOTIFICATION OF SETTLEMENT**
     and ILLINOIS LIABILITY COMPANY,
16
             Defendants.
17   _____/

18       Counsel for defendant Mesirow Financial has informed the court

19   that the parties have settled the above-captioned case.  The court

20   now orders that the dispositional documents disposing of the case

21   be filed no later than forty-five (45) days from the effective date

22   of this order.

23       All hearing dates heretofore set in this matter, including

24   hearing on defendants' motion to transfer currently set for

25   December 2, 2005, are hereby **VACATED.**

26   ////

                              1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4         IT IS SO ORDERED.

5         DATED:  November 29, 2005.

6
                              <u>/s/Lawrence K. Karlton</u>
7                             LAWRENCE K. KARLTON
                              SENIOR JUDGE
8                             UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26